**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1758**

———————————

DENNIS W. DEBERRY,

Plaintiff - Appellant,

versus

UNITED STATES POSTAL SERVICE, Postmaster General, Marvin T. Runyon, Jr.,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., District Judge.  (CA-97-777)

———————————

Submitted:  July 22, 1998          Decided:  August 5, 1998

———————————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Dennis W. Deberry, Appellant Pro Se.  Gill Paul Beck, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis W. Deberry appeals the district court's order and judgment granting summary judgment to the Defendant and dismissing Deberry's employment discrimination complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Deberry v. United States Postal Serv.</u>, No. CA-97-777 (M.D.N.C. Apr. 20, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2